

# Fourth Court of Appeals
## San Antonio, Texas

April 10, 2019

No. 04-19-00215-CR

**IN RE STATE OF TEXAS, EX. REL. TODD A. DURDEN, COUNTY ATTORNEY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Liza A. Rodriguez, Justice

On April 8, 2019, relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent (the Honorable Spencer Whitewood Brown), the Honorable James T. "Tully" Shahan, and any other real party in interest may file a response to the petition for writ of mandamus in this court **no later than April 25, 2019**. Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on April 10, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out *The State of Texas v. Mark Anthony Gonzalez*; Cause No. 10041CR; and twenty-one other cases, pending in the County Court, Kinney County, Texas. The Honorable Spencer W. Brown signed the order at issue in this proceeding.